# Court of Appeals
# of the State of Georgia

ATLANTA,___May 21, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0694. IN THE INTEREST OF M. C., A CHILD.**

Following the termination her parental rights to M. C., we granted the mother's application for discretionary review. Following our thorough review of the case, including consideration of the complete record on appeal, we have determined that there was no error in the juvenile court's decision. The application for discretionary appeal having thus been improvidently granted, the appeal is hereby DISMISSED. See *Collier v. Dept. of Human Resources*, 196 Ga. App. 843, 844 (397 SE2d 632) (1990) (dismissing discretionary appeal as improvidently granted where full consideration of record revealed no error in lower court's ruling).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___05/21/2015____
*I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ , *Clerk.*